1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Larry Donaldson

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 LARRY DONALDSON,                 ) Case No.: CV 11-5987 JSL CW
                                    )
12       Plaintiff,                 ) [PROPOSED] ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                           ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                                  )
         Defendant                  )
16 _____  )

17

18   Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20   IT IS ORDERED that fees and expenses in the amount of $3,800.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 DATE:    October 24, 2012

23                                  _____
                                    THE
24                                  UNITED STATES MAGISTRATE JUDGE

25

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Steven G. Rosales*
_____
4 | Steven G. Rosales
Attorney for plaintiff Larry Donaldson

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26